# Court of Appeals
# of the State of Georgia

ATLANTA, October 20, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0414. BUCHANAN v. THE STATE.

Byron Buchanan filed a notice of appeal from the trial court's order dismissing his motion to vacate a void sentence. The appeal was docketed in this Court on September 12, 2025, and Buchanan's brief of appellant was due 20 days later, on October 2, 2025. Over two weeks have passed since the deadline, and Buchanan has not filed a brief or a request for an extension of time. Accordingly, Buchanan's appeal is hereby DISMISSED for failure to file a brief. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 10/20/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*